IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DANNY ANTONIO SELLERS, | * |
| | * |
| | * |
| Petitioner, | *   CRIMINAL NO. 07-00047-WS-B |
| | *   CIVIL ACTION NO. 12-00178-WS-B |
| | * |
| vs. | * |
| | * |
| | * |
| UNITED STATES OF AMERICA, | * |
| | * |
| Respondent. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Sellers' Motion To Vacate, Set Aside, Or Correct Sentence under § 2255 (Doc. 600) be **DENIED** and that Sellers is not entitled to the issuance of a certificate of appealability or to proceed *in forma pauperis* on appeal.

**DONE** this 6th day of March, 2015.


s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE