IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DANNY ANTONIO SELLERS,** | * | |
| | * | |
| | * | |
| Petitioner, | * | CRIMINAL NO. 07-00047-WS-B |
| | * | CIVIL ACTION NO. 12-00178-WS-B |
| | * | |
| vs. | * | |
| | * | |
| | * | |
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| Respondent. | * | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Sellers' Motion To Vacate, Set Aside, Or Correct Sentence under § 2255 (Doc. 600) be **DENIED** and that Sellers is not entitled to the issuance of a certificate of appealability or to proceed *in forma pauperis* on appeal.

**DONE** this 6th day of March, 2015.


                               s/WILLIAM H. STEELE
                               **CHIEF UNITED STATES DISTRICT JUDGE**